THE STATE OF KANSAS, *ex rel.*, v. B. B. BONE *et al.* No. 11,902. (64 Pac. 1117.) Original proceeding in mandamus. Opinion filed March 9, 1901. *Dismissed.* W. A. McCausland, county attorney, L. Scott, and J. A. McHenry, for plaintiff. T. J. Hudson, for defendants.

THE STATE OF KANSAS v. FRANK W. ELLIOTT. No. 11,905. (64 Pac. 1027.) Appeal from court of appeals, northern department. Opinion filed March 9, 1901. *Affirmed.* A. A. Godard, attorney-general, and S. M. Brewster, county attorney, for The State. Harvey & Harvey, for appellee.

THE STATE OF KANSAS v. JOHN NAUERTH. No. 11,971. (64 Pac 69.) Appeal from Smith district court. Opinion filed March 9, 1901. *Affirmed.* A. A. Godard, attorney-general, and D. M. Relihan, county attorney, for The State. J. T. Reed, E. S. Rice, and Hayden & Hayden, for appellant.

THE STATE OF KANSAS v. FRANK DENEEN. No. 11,973. (64 Pac. 1116.) Appeal from Sedgwick district court. Opinion filed March 9, 1901. *Affirmed.* A. A. Godard, attorney-general, and S. B. Amidon, county attorney, for The State. O. G. Eckstein, and D. B. Crewson, for appellant.

THE STATE OF KANSAS v. JOHN CALLAHAN. No. 11,975. (64 Pac. 1116.) Appeal from Sedgwick district court. Opinion filed March 9, 1901. *Affirmed.* A. A. Godard, attorney-general, and S. B. Amidon, county attorney, for The State. O. G. Eckstein, and D. B. Crewson, for appellant.

HATTIE R. DOUGLASS v. JULIA McGINNIS *et al.* No. 11,735. (64 Pac. 1113.) Error from Shawnee district court. Opinion filed April 6, 1901. *Affirmed.* John C. Douglass, and Vance & Campbell, for plaintiff in error. Hayden & Hayden, J. H. Lowell, and A. Bergen, for defendants in error.

E. B. CRISSEY v. JOHN J. INGALLS. No. 11,762. (64 Pac. 1112.) Error from Atchison district court. Opinion filed April 6, 1901. *Affirmed.* W. F. Guthrie, and Stebbins & Evans, for plaintiff in error. J. G. Slonecker, and Sheffield Ingalls, for defendant in error.

J. A. DAVENPORT, JR., *County Clerk of Franklin County*, v. SCHOOL DISTRICT NO. 4, FRANKLIN COUNTY. No. 11,763. (64 Pac. 596 ) Error from Franklin district court. Opinion filed April 6, 1901. *Dismissed.* E. L. Branson, and John W. Deford, for plaintiff in error. Gamble & Costigan, and A. W. Benson, for defendant in error.

J. C. BOHART COMMISSION COMPANY v. E. J. BUCKINGHAM. Nos. 11,781 and 11,782. (64 Pac. 1114.) Error from Wabaunsee district court. Opinion filed April 6, 1901. *Affirmed.* Scarritt, Griffith & Jones, for plaintiff in error. Rossington, Smith & Histed, for defendant in error.

F. M. STRONG v. W. C. ROBINSON. No. 11,819. (64 Pac. 1117.) Error from Cowley district court. Opinion filed April 6, 1901. *Affirmed.* Chas. L. Brown, Hackney & Lafferty, and Jackson & Love, for plaintiff in error. G. H. Buckman, for defendant in error.